IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JOHNSON CARTER,

      Plaintiff,

                                        Case No.  16-cv-230-wmc

  v.

HENRY CARLSON'S CONSTRUCTION
COMPANY, UNKNOWN HEIR / HOSPITAL
and UNKNOWN TEMP AGENCY,

      Defendants.

---

## JUDGMENT IN A CIVIL CASE

---

     IT IS ORDERED AND ADJUDGED that judgment is entered for defendant

Henry Carlson's Construction Company with prejudice and without prejudice as to

the unnamed temp agency and hospital and dismissing this case.

     /s/                                          4/1/2019

| Peter Oppeneer, Clerk of Court | Date |
| --- | --- |